**FILED**

JUL - 8 2008

Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES EDWARD JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 1180 |
| ) | |
| COURT SERVICES AND OFFENDER ) | |
| SUPERVISION AGENCY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The application will be granted but the complaint will be dismissed.

According to plaintiff, his Community Supervision Officer failed to rescind a violation report submitted to the United States Parole Commission as her supervisor instructed. Compl. at 1-2. As a result, United States Marshals arrested plaintiff at his place of employment pursuant to a parole violation warrant issued by the Parole Commission. Because of this arrest, plaintiff lost two weeks' pay and he suffered "embarrassment, humility [sic], and defamation of character, pain and suffering as well as false statement(s) and false imprisonment." *Id.* at 2. Plaintiff brought this negligence claim against the Court Services and Offender Supervision Agency, Community Supervision Officer Danielle Carter, her supervisor Gladys Dorgett, the Mayor of the District of Columbia, and United States Parole Commission Case Analyst Rhonda Moore. *Id.* at 1 (Caption). He demands damages totalling $5,000. *Id.* at 2.

It appears that plaintiff brings tort claims against federal government agencies and

officials.[1] The Federal Tort Claims Act ("FTCA") provides that the "United States shall be liable [for tort claims] in the same manner and to the same extent as a private individual under like circumstances." 28 U.S.C. § 2674(a). The FTCA requires that a claimant present his claim to the appropriate federal agency prior to filing a civil action in a federal district court. *McNeil v. United States*, 508 U.S. 106, 113 (1993); 28 U.S.C. § 2675(a) (requiring claimant to present claim "for money damages for injury or loss of property . . . caused by the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment . . . to the appropriate Federal agency" from which written notice of the denial of the claim has been forwarded to the claimant before suit may be filed). Because plaintiff fails to allege the exhaustion of his administrative remedies by having presented his claim first to the appropriate agency as required by the FTCA, this Court lacks jurisdiction to entertain his claims.

For this reason, the complaint will be dismissed without prejudice for lack of subject matter jurisdiction. An Order consistent with this Memorandum Opinion will be issued separately on this same date.

_____
United States District Judge

Date: 6/30/08

---

[1] Although plaintiff names the Mayor of the District of Columbia as a party defendant, he fails to articulate any claim against either the Mayor or District of Columbia government. Both the Court Services and Offender Supervision Agency and the Parole Commission are federal government entities.